FILED US District Court-UT
DEC 16 '20 PM03:48

JOHN W. HUBER, United States Attorney (#7226)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. VIRGIL BURNELL BURNS, Defendant. | **INDICTMENT** VIOLATION COUNT I: 18 U.S.C. § 111(a)(1), Assault on a Federal Officer. Case: 2:20-cr-00424 Assigned To : Nielson, Howard C., Jr Assign. Date : 12/16/2020 Description: |

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 111(a)(1)
(Assault on a Federal Officer)

On or about May 17, 2020, in the Central Division of the District of Utah,

VIRGIL BURNELL BURNS,

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person known to the Grand Jury and identified by the initials W.C. and designated in 18 U.S.C. § 1114, specifically an officer and employee of the United States and of any agency in any branch of the United States Government, to wit: the United States Bureau of Indian Affairs, while the officer was engaged in and on account of the performance of

official duties, and such acts involved physical contact with the victim; all in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MICHAEL J. THORPE
Assistant United States Attorney